# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ANTONIO ESPINOZA, JR.,<br><br>Defendant. | CASE NO.: 22-cr-00813-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Pursuant to the joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for May 13, 2022, be continued to June 24, 2022 at 1:30 pm before Honorable Janis L. Sammartino.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: May 11, 2022

Hon. Janis L. Sammartino
United States District Judge