UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 22CR00813-001-JLS |
| ) | |
| v. ) | O R D E R |
| ) | |
| Marco Antonio Espinoza, Jr. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently for September 16, 2022 is vacated and reset to November 18, 2022 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED:  08/11/2022

*Janis L. Sammartino*
Janis L. Sammartino
U.S. District Judge

cc: all counsel of record