# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 22cr0813-JLS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Marco Antonio Espinoza, Jr. | Booking No. 91374509 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 05/09/2025 the Court entered the following order:

[X] Defendant be release from custody AS OF MONDAY MAY 12, 2025 AT 8:30 AM.

[ ] Defendant placed on supervised / unsupervised probation / supervised release.

[ ] Defendant continued on supervised / unsupervised probation / supervised release.

[ ] Defendant released on _____ Bond posted.

[ ] Defendant appeared in Court. FINGERPRINT & RELEASE.

[ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

[X] Defendant sentenced to TIME SERVED, supervised release for  2  years.

[ ] Bench Warrant Recalled.

[ ] Defendant forfeited collateral.

[ ] Case dismissed.

[ ] Case dismissed, charges pending in case no.

[ ] Defendant to be release to Pretrial Services for electronic monitoring.

[ ] Other. Defendant be released on Monday May 12, 2025 at 8:30 AM from the Western Region Detention Facility. Defendant be released to Daniel Potter (619) 997-1345 for release to a residential drug treatment facility.

Janis L. Sammartino
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by Adrianna Garcia ext. 5291

Crim-9 (Rev. 09/23)
Original

**From:** CAS Releases
**To:** A. Garcia
**Sent:** Friday, May 9, 2025 3:01 PM
**Subject:** Read: Abstract; 22cr0813-JLS (Espinoza, Jr.)

Your message

  To: CAS Releases
  Subject: [EXTERNAL] Abstract; 22cr0813-JLS (Espinoza, Jr.)
  Sent: Friday, May 9, 2025 2:52:24 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Friday, May 9, 2025 3:00:44 PM (UTC-08:00) Pacific Time (US & Canada).